PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 6 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason Christopher Ridley      Case Number: 2:01CR00049-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 10/4/2001            Type of Supervision: Supervised Release

Original Offense: Possession With Intent to     Date Supervision Commenced: 9/24/2004
Distribute Five Grams or More of Cocaine Base,
21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 60 Months;          Date Supervision Expires: 9/23/2008
TSR -48 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18.   You shall reside in a community corrections center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

19.   You shall participate in the home confinement program until the pending city assault case is resolved. You shall abide by all the requirements of the program, which will not include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 9 p.m. to 6 a.m., as directed by the supervising probation officer.

20.   You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

On August 27, 2005, Jason Ridley was arrested by Spokane Police for the charge of city assault. The matter is pending in the Spokane Municipal Court. Per review of the police report, it appears Mr. Ridley may have issues with anger management. Additionally, he currently lacks stable residence in that he is living at his business. The requested curfew is only requested until the municipal court matter is disposed of, at which time Mr. Ridley would be referred to a community corrections center. Mr. Ridley is not a candidate for CCC placement until the pending matter is resolved. The imposition of the above conditions of supervision will restrict the defendant's activities in the

the community and assist with counseling. The above recommended modification of conditions are an attempt to assist Mr. Ridley, and also appear to be an appropriate sanction for his actions on August 27, 2005. Mr. Ridley understands if he chooses to violate the conditions of supervision in the future, the undersigned officer will request official action by the Court.

Respectfully submitted,

by *[signature]*

Richard B. Law
U.S. Probation Officer
Date: September 1, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

*[signature: Fred Van Sickle]*

Signature of Judicial Officer

September 6, 2005
Date